■ BENJAMIN P. SHEA et al., Appellants, v. ANTHONY J. SACCA et al., Constituting the Zoning Board of Appeals of the Town of Huntington, Respondents.— Judgment of the Supreme Court, Suffolk County, dated August 31, 1973, affirmed, with costs. No opinion. Hopkins, Acting P. J., Shapiro, Cohalan and Christ, JJ., concur; Benjamin, J., concurs with the following memorandum: I concur on constraint of *Dauernheim, Inc.* v. *Town Bd. of Town of Hempstead* (33 N Y 2d 468). While there may be a rational basis for the denial of a variance in this case, in my opinion, upon the physical facts of this property, zoned for residential purposes in a geographical island surrounded by industrial properties, the result is confiscatory.